Frank W. Hartzer, appellee, v. Lars Olson, trading as Olson Brothers, appellant. Gen. No. 32,065.

Action for breach of written contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed with a finding of facts. Opinion filed December 27, 1927.

Anderson & Anderson, for appellant. Franklin Raber, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Great Lakes Forge Company, appellant, v. R. M. Eddy Foundry Company, appellee. Gen. No. 32,092.

Action for damages from breach of contract. Judgment against plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927.

Culver, Andrews & King, for appellant. Castle, Williams, Long & Castle, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

William N. Cummins, appellee, v. Chicago, Rock Island & Pacific Railway Company, appellant. Gen. No. 32,110.

Action for personal injuries under Federal Employers' Liability Act and Federal Safety Appliance Act. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. McSurely, J., dissents. Opinion filed December 27, 1927.

Daniel Taylor, for appellant. Joseph D. Ryan, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

M. Boyajian, appellee, v. Charles V. Chathas, appellant. Gen. No. 32,128.

Case for conversion of goods and fixtures. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed December 27, 1927.

G. T. Graham, for appellant; Walter H. Shurtleff, of counsel. Gustav E. Beerly, for appellee; C. D. Fithian, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

General Motors Acceptance Corporation, defendant in error, v. Ed. Simmons, plaintiff in error. Gen. No. 31,691.

Replevin with claim in trover. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927.

Otto Baer, for plaintiff in error. Goldman, Allshouse & Healy, for defendant in error; Robert E. Dreffein, of counsel.

Mr. Justice McSurely delivered the opinion of the court.